UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Dynamic Air, Inc.,

Plaintiff,

v.

Boccard S.A., a French business entity doing business in the United States,

Defendant.

Civil File No. 0:01CV22148 JEL/JGL

**STIPULATION AND ORDER**

**Whereas**, on October 31, 2002, Boccard noticed the depositions of Gregory J. Steele and James R. Steele to be taken on November 13, 2002;

**Whereas**, on November 11, 2002, plaintiff's counsel informed defendant's counsel that neither he nor his clients would be able to appear for the November 13, 2002 depositions given scheduling conflicts;

**Whereas**, plaintiff's counsel informed defendant's counsel that his clients can appear for depositions on December 30 and December 31, 2002, or January 3, 2003;

**Whereas**, defendant's counsel is willing to forego taking these depositions until the date suggested by plaintiff's counsel;

**Whereas**, the Pretrial Scheduling Order in this matter provides that discovery is to be complete by November 15, 2002;

**Whereas**, the Pretrial Scheduling Order in this matter provides that dispositive motions shall be filed by March 1, 2003; and

**Whereas**, the Pretrial Scheduling Order in this matter provides that the case shall be trial ready by May 1, 2003;

FILED NOV 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DN: 167760

**Therefore**, it is hereby stipulated and agreed by the parties, through their undersigned counsel, that defendant shall be allowed to depose Gregory J. Steele and James R. Steele on January 3, 2003. The parties further stipulate and agree, through their undersigned counsel, that no other discovery shall occur subsequent to the November 15, 2002 deadline.

DATED: 11/13/02

OPPENHEIMER, WOLFF & DONNELLY, LLP

By [signature]
Edward F. Fox Reg. No. 3132X
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402-1609
(612) 607-7000
ATTORNEYS FOR PLAINTIFF

DATED: Nov. 12, 2002

HALLELAND LEWIS NILAN SIPKINS & JOHNSON

By [signature]
Michael T. Nilan Reg. No. 79224
Bradley J. Betlach Reg. No. 209806
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-1838
ATTORNEYS FOR DEFENDANT

**ORDER**

Based upon the above-stated recitations and stipulations of the parties, through their respective counsel, the Court hereby orders that the January 15 , 2002 Pretrial Scheduling Order shall be amended solely to allow for the depositions of Gregory J. Steele and James R. Steele on January 3, 2003.

Dated: November 13, 2002 By [signature: Susan Richard Nelson]
The Honorable Susan Richard Nelson
Magistrate Judge of United States District Court

DN: 167740