UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Dynamic Air, Inc.,<br>Plaintiff,<br>v.<br>Boccard S.A., a French business entity doing business in the United States,<br>Defendant. | Civil File No. 0:01CV/2148 JEL/JGL<br><br>**PARTIAL STIPULATION OF DISMISSAL AND ORDER** |

COME NOW plaintiff Dynamic Air and defendant/cross-claimant Boccard S.A. by and through their attorneys of record, and stipulate that defendant/cross-claimant's claims/causes of action for tortious interference with contract ( Counterclaim Count II) and tortious interference with business relations and prospective business and economic advantage (Counterclaim Count III) be dismissed with prejudice, each party to bear its own costs. This is a pro tanto dismissal only and does not affect defendant/cross-claimant's remaining claims for breach of contract (Count I) and defamation (Count IV) subject to the disposition of plaintiff's pending Motion for Summary Judgment.

DATED: 2/12/03

OPPENHEIMER, WOLFF & DONNELLY, LLP

By [signature]
Edward F. Fox Reg. No. 3132X
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, Minnesota 55402-1609
(612) 607-7000
ATTORNEYS FOR PLAINTIFF

FEB 20 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

HALLELAND LEWIS NILAN SIPKINS & JOHNSON

DATED: 2/14/03

By ______________________

Michael T. Nilan Reg. No. 79224
Bradley J. Betlach Reg. No. 209806
Amanda M. Cialkowski Reg. No. 306514
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-1838
ATTORNEYS FOR DEFENDANT

IT IS SO ORDERED

Dated: February 19, 2003 By ______________________

The Honorable Joan E. Lancaster
United States District Court Judge

DN: 174942