AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Dynamic Air, Inc.,

V.

Boccard S.A., a French business entity doing business in the United States,

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-2148 JNE/JGL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiff's motion for summary judgment is granted.

Defendant is liable to plaintiff for minimum royalties for 2000 in the amount of $58,647.92 plus 18 percent interest from January 31, 2001 to the date of this order.

Defendant is liable to plaintiff for minimum royalties for 2001 in the amount of $66,666.67 plus 18 percent from January 31, 2002 to the date of this order.

Defendant's counterclaim for breach of contract is dismissed.

Defendant's counterclaim for defamation is dismissed.

September 4, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Julie Rustad, Deputy Clerk

35