**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dynamic Air Inc.,

Plaintiff and Judgment Creditor,

vs.

Boccard, S.A.,

Defendant and Judgment Debtor.

Case No. 01-2148 (JNE/JGL)

SATISFACTION OF JUDGMENT

---

PLEASE TAKE NOTICE that Plaintiff Dynamic Air Inc., through its undersigned counsel, hereby confirms that the Judgment entered in this matter against Defendant Boccard, S.A. has been paid and is hereby satisfied in full.

**BASSFORD REMELE**
***A Professional Association***

Dated: October 13, 2004

By s/Edward F. Fox

Edward F. Fox (License #003132X)
Susan E. Gustad (License #0268008)
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota 55402-3707
(612) 333-3000
Attorneys for Plaintiff and Judgment Creditor
Dynamic Air Inc.

436418.doc