**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused the following documents:

1. Satisfaction of Judgment

2. Certificate of Service

to be electronically filed with the Clerk of Court through the Court's Electronic Court Filing system and that ECF will send an electronic notice of the filing to the following attorneys:

BBetlach@halleland.com
*Attorney for Defendant Boccard, S.A.*

Mmnilan@halleland.com
*Attorney for Defendant Boccard, S.A.*

Dated: October 13, 2004

s/Edward F. Fox
Edward F. Fox (License #003132X)
Susan E. Gustad (License #0268008)
*Attorneys for Defendant Dynamic Air*
BASSFORD REMELE,
A Professional Association
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
612-333-3000
612-333-8829

438771.doc